The judgment is reversed and the cause remanded.

---

## ALFORD v. STATE.   (No. 9388.)

(Court of Criminal Appeals of Texas. April 22, 1925.)

**Criminal law** ⚖═►1131(5)—**Appeal dismissed where defendant escaped.**

Under Vernon's Ann. Code Cr. Proc. 1916, art. 912, where defendant escaped pending appeal from judgment of conviction and is still at large, such appeal will be dismissed.

Appeal from District Court, Bowie County; Hugh Carney, Judge.

Henry Alford was convicted of murder, and he appeals. Appeal dismissed.

Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in the district court of Bowie county of murder, and his punishment fixed at five years in the penitentiary.

By an affidavit in proper form made by the jailer of Bowie county, it is made known to

**271 SOUTHWESTERN REPORTER** (Tex.

us that appellant escaped from the custody of the officers on March 28, 1925, and that he did not voluntarily return within 10 days, but was still at large on the date of the making. of the affidavit on April 6, 1925.

Because of such escape, under the terms of our statute, the appeal will be dismissed. See· article 912, Vernon's C. C. P.